

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-17-00514-CV

Judith Ann **MIEARS** and Patricia Anderson,
Appellants

v.

Jean **MCPHERSON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0659-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On August 29, 2018, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on September 13, 2018. See Tex. R. App. P. 49.1

On September 5, 2018, Appellees filed a motion for extension of time to file a motion for rehearing. Appellants do not object to the motion.

Appellees' motion for extension of time to file a motion for rehearing is GRANTED. Appellees' motion for rehearing is due on September 28, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court